IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| Joseph Villarreal | § |
| | § |
| Plaintiff | § Civil Action No.: |
| | § |
| | § 5:22-cv-127-XR |
| | § |
| v | § |
| | § |
| | § |
| IPAC Pre-Owned Auto, LLC | § |
| | § |
| Defendant | § |
| | § |

Joint Motion to Dismiss

_____

The parties previously gave the Court notice of their settlement. The settlement has been performed and the parties now file this joint motion to dismiss this case with prejudice as to re-filing.

Respectfully Submitted,

/s/William M. Clanton
William M. Clanton
Texas Bar No. 24049436

Law Office of Bill Clanton, P.C.
926 Chulie Dr.
San Antonio, Texas 78216
210 226 0800
210 338 8660 fax
bill@clantonlawoffice.com
Counsel for Plaintiff


/s/Andrew H. Sharenson
DONALD W. GOULD, II.
Texas State Bar No. 08234250

ANDREW H. SHARENSON
Texas State Bar No.: 24041900

Of Counsel:
JOHNSON DELUCA KURISKY &
GOULD, P.C.
A Professional Corporation
4 Houston Center
1221 Lamar, Suite 1000
Houston, Texas 77010
(713) 652-2525 – Telephone
(713) 652-5130 – Facsimile
Counsel for Defendant