IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| Joseph Villarreal | § § § | |
| Plaintiff | § § § | Civil Action No.: |
| | § § | 5:22-cv-127-XR |
| v | § § § | |
| | § § | |
| IPAC Pre-Owned Auto, LLC | § § | |
| Defendant | § § § | |

Order of Dismissal with Prejudice
_____

Before the Court is the Joint Motion to Dismiss with Prejudice filed by the parties on July 13, 2022 (Docket # 13 ). The Court finds the agreed motion to dismiss has merit and should be granted.

Accordingly, IT IS HEREBY ORDERED that the Joint Motion to Dismiss (Docket # 13) is GRANTED such that IT IS HEREBY ORDERED, ADJUDGED and DECREED that all of the Plaintiff's claims against the Defendant IPAC Pre-Owned Auto, LLC and Defendant's claims against Plaintiff are DISMISSED WITH PREJUDICE. IT IS FURTHER ORDERED that each party shall bear his or its owns costs and attorneys' fees, and all court costs are taxed against the party incurring same. Motions pending, if any, are also DISMISSED, and this case is now CLOSED.

It is so ORDERED.

SIGNED this _____ day of July 2022.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE